# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-237
LT Case No. 2022-CF-292

_____

DAVIS SOTO-MARTINEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Clay County.
Don H. Lester, Judge.

Jennifer Cogdill, of Law Office of Jennifer Cogdill, Fleming Island,
for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Robert Charles
Lee, Assistant Attorney General, Tallahassee, for Appellee.


August 15, 2023


PER CURIAM.

AFFIRMED.


LAMBERT, HARRIS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____